**92–1030.** Franks v. Sandusky Twp. Bd. of Trustees. *Sandusky County*, No. S–91–18. (Notice of appeal by Lisa M. Franks, Admr.; second notice of appeal by Rhonda L. Lopez; cross-appeal by Sandusky Township Board of Trustees; and cross-appeal by Sandusky County Board of Commissioners et al.)

WRIGHT and PFEIFER, JJ., dissent.

RESNICK, J., not participating.